### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BARBARA WHITE,**

    **Plaintiff,**

**v.**                                                                                     **Case No. 8:08-cv-620-T-30TGW**

**SUBCONTRACTING CONCEPTS, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Robert Lefebvre's Motion to Dismiss for Lack of Jurisdiction (Dkt. 10), and Plaintiff's Response to the same (Dkt. 24). Based upon Plaintiff's Response, Plaintiff has no objection to the dismissal of Robert Lefebvre, individually, as a party to this lawsuit.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Robert Lefebvre's Motion to Dismiss for Lack of Jurisdiction (Dkt. 10) is **GRANTED** to the extent it seeks dismissal of Robert Lefebvre from this action.

2. Defendant Robert Lefebvre is **DISMISSED** from this action without prejudice.

3. Should Lefebvre desire to pursue his request for sanctions, costs, and attorneys' fees, he may do so by separate motion.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-620.mtd.frm